No. 558. VIRGINIAN RAILWAY COMPANY *v.* UNITED STATES, OWNER OF STEAM TUG *Barrenfork.*  November 1, 1926.  Petition for a writ of certiorari to the Circuit

Court of Appeals for the Fourth Circuit denied. *Messrs. W. H. T. Loyall, George M. Lanning, E. W. Knight,* and *Edward R. Baird, Jr.,* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Letts,* and *Mr. J. Frank Staley* for the United States.